# Court of Appeals
# of the State of Georgia

ATLANTA, __February 17, 2015__

*The Court of Appeals hereby passes the following order:*

**A15D0242. ARLANDA ARNAY SMITH v. MARK BUTLER, COMMISSIONER, GEORGIA.**

On January 23, 2015, Arlanda Smith filed what he titled an "Application for Direct Appeal," seeking to appeal the superior court's October 15, 2014 order upholding his disqualification of unemployment benefits by the Georgia Department of Labor Board of Review. We lack jurisdiction.

First of all, to be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Because this application was filed 100 days after entry of the order Smith seeks to appeal, it is untimely. We thus lack jurisdiction to consider the application.

In addition, we have already denied Smith's previous application for discretionary appeal from the same order he seeks to appeal here. See Application Number A15D0136 (decided November 24, 2014). That denial was a decision on the merits, and the doctrine of res judicata bars any subsequent appeals from the same order. See *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007); *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003). For these reasons, we lack jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*   02/17/2015
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*